UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>JAMES PATRICK GRADY, )<br>)<br>Defendant(s). ) | Case No. 4:09CR00485 JCH |

## **ORDER**

This matter is before the Court on Defendant's pre-trial motions to suppress statements, physical evidence and recorded conversations. (Doc. Nos. 23, 24, 25, 36). Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Audrey Fleissig, who filed a Report and Recommendation on December 18, 2009. (Doc. No. 67). In her Report and Recommendation, Magistrate Judge Fleissig recommends that Defendant's motions be denied. On January 14, 2010, Defendant filed his Response to the Report and Recommendation. (Doc. No. 74). On January 22, 2010, the government filed its Response to Defendant's Response to the Report and Recommendation of the United States Magistrate Judge. (Doc. No. 75). After de novo review of the entire record in this matter, this Court adopts the Magistrate Judge's recommendation that Defendant's motions be denied.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. No. 67) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's pre-trial motions to suppress statements, physical evidence and recorded conversations (Doc. Nos. 23, 24, 25, 36) are **DENIED**.

Dated this 4th day of February, 2010.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE