```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

UNITED STATES OF AMERICA,   )
                            )
            Plaintiff       )
                            )
vs.                         ) No. 4:09-CR-00485 JCH
                            )
JAMES PATRICK GRADY,        )
                            )
            Defendant       )

### MOTION FOR LEAVE TO FILE SEALED DOCUMENT(S)

Comes now Defendant and requests permission of the Court to file letters of recommendation under seal, and in support thereof states to the Court that the same letters of recommendation contain not only identifying personal information, but in addition thereto, the same letters of recommendation contain many references to personal tragedies.

WHEREFORE, the premises considered, your Defendant requests permission of the Court to file letters of recommendation under seal.

```
                         LAW OFFICES OF J. MARTIN HADICAN

                     BY:    /s/ J. Martin Hadican
                         J. Martin Hadican   #22678
                         Attorney for Defendant
                         225 South Meramec - Suite 832
                         Clayton, MO 63105
                              (314) 863-0050
                           FAX: (314) 863-0053
                         E-mail: jmartinhadican@sbcglobal.net
```

CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2010, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

    Howard J. Marcus
    Assistant United States Attorney

       /s/ J. Martin Hadican