# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   No.  4:09-CR-485 JCH |
| | ) |
| **JAMES PATRICK GRADY,** | ) |
| | ) |
| **Defendant.** | ) |

### MOTION FOR ORDER RELEASING COPY OF SEALED DOCUMENTS

COMES NOW defendant JAMES PATRICK GRADY, by and through counsel, and hereby respectfully moves this Honorable Court to issue its order whereby the Clerk's office forward to the undersigned, as Mr. Grady's counsel, a copy of the following sealed documents: i) Mr. Grady's Sentencing Memorandum [doc. 102]; ii) sealed document filed by the government [doc. 103]; and iii) Mr. Grady's Presentence Investigation Report [doc.105]. In addition, counsel would also request a copy of Mr. Grady's guilty plea agreement [doc. 89], and his June 11, 2010 response to court [doc. 99]. Mr. Grady has retained the undersigned for postconviction matters so that copies of these documents are necessary for his representation. He would request that, for all other purposes, these documents remain sealed.

Respectfully submitted,

LAW & SCHRIENER, LLC

By: <u>/s/ *Kevin Louis Schriener*</u>
KEVIN LOUIS SCHRIENER, MO35490
Attorney for defendant Thomas P. Grady
141 North Meramec Avenue, Suite 314
Clayton, Missouri 63105
(314) 721-7095 – telephone
(314) 863-7096 – facsimile
klsedmo@SchrienerLaw.com – e-mail

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I filed the foregoing Motion for Release of Sealed Documents electronically with the Clerk of the United States District Court for the Eastern District of Missouri to be served by operation of the Court's electronic filing system upon Assistant United States Attorney Howard J. Marcus, this 21st day of March, 2011.

*/s/ Kevin L. Schriener*
KEVIN L. SCHRIENER