PROB 49 (02/17)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extended Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I also understand I have the right to contact an attorney prior to signing this waiver.

    I hereby knowingly and voluntarily waive my right to consult an attorney before signing this waiver and I knowingly and voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**You must complete 16 hours of community service. The probation officer will supervise the participation in the program by approving the program (agency, location, frequency of participation, etc.). You must provide written verification of completed hours to the probation officer.**

Witness: _Richard J. Dudley_  
Richard L. Dudley III  
Senior U.S. Probation Officer

Signed: _James P. Grady_  
James Patrick Grady  
Probationer or Supervised Releasee

Date: 6/19/18